UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARTFORD HEALTHCARE CORPORATION; HARTFORD HOSPITAL; THE HOSPITAL OF CENTRAL CONNECTICUT AT NEW BRITAIN GENERAL AND BRADLEY MEMORIAL; MIDSTATE MEDICAL CENTER; THE WILLIAM W. BACKUS HOSPITAL; and WINDHAM COMMUNITY MEMORIAL HOSPITAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHEM HEALTH PLANS, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, <br><br> Defendant. | Case No. 3:17-cv-01686-JCH <br><br> Hon. Janet C. Hall |

## DEFENDANT ANTHEM HEALTH PLANS, INC.'S
## DISCLOSURE REGARDING ANTI-ASSIGNMENT PROVISIONS

Defendant Anthem Health Plans, Inc. ("Anthem") by and through its undersigned attorneys, and for its Disclosure Regarding Anti-Assignment Provisions states as follows:

1. The Court entered a scheduling order on October 11, 2017 which directs Anthem to provide a disclosure to Plaintiffs in the above captioned case that lists "all plans in existence prior to September 30, 2017, for which Hartford Healthcare Corporation's Hospitals were 'in network,' which continue to have a contract of insurance with Anthem Health Plans until at least October 31, 2017, and which do not contain an anti-assignment provision." Docket Entry No. 24, at 1-2.

2. Anthem states that for the time period specified by the Court, no plans have

contracts of insurance with Anthem Health Plans, Inc. that do not contain an anti-assignment provision.

Dated: October 20, 2017

By: /s/ Michael G. Durham, Esq.
Michael G. Durham (Fed. Bar No. CT05342)
Email:    mdurham@ddnctlaw.com
Matthew H. Geelan (Fed. Bar No. CT26934)
Email:    mgeelan@ddnctlaw.com
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road, Suite 306
Guilford, Connecticut 06437
Telephone: +1 203 458 9168
Facsimile: +1 203 458 4424

-and-

Daniel J. Hofmeister, Jr. (phv09282)
Email:    dhofmeister@reedsmith.com
Thomas C. Hardy (phv09283)
Email:    thardy@reedsmith.com
Kevin D. Tessier (phv09293)
Email:    ktessier@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

*Counsel for Defendant Anthem Health Plans, Inc.*

## VERIFICATION

I, Hetti Motoc, affirm under penalties for perjury that I am a Manager, Contract Development, for Anthem Health Plans, Inc. and that the facts stated in the foregoing Disclosure Regarding Anti-Assignment Provisions are true and correct.

_Hetti Motoc_
Hetti Motoc

_10/18/17_
Date

## VERIFICATION

I, Hetti Motoc, affirm under penalties for perjury that I am a Manager, Contract Development, for Anthem Health Plans, Inc. and that the facts stated in the foregoing Disclosure Regarding Anti-Assignment Provisions are true and correct.

_____
Hetti Motoc

_____10/18/17_____
Date

Subscribed and sworn before me

This 18th day of October, 2017

_____
Notary Public

DEBRA A. CHEFFER
NOTARY PUBLIC
MY COMMISSION EXPIRES  11/30/2019