UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | : | |
| HARTFORD HEALTHCARE CORPORATION; | : | |
| HARTFORD HOSPITAL; THE HOSPITAL OF | : | CIVIL ACTION NO. |
| CENTRAL CONNECTICUT AT NEW BRITAIN | : | 3:17-CV-01686-JCH |
| GENERAL AND BRADLEY MEMORIAL; | : | |
| MIDSTATE MEDICAL CENTER; THE WILLIAM | : | |
| W. BACKUS HOSPITAL; and WINDHAM | : | |
| COMMUNITY MEMORIAL HOSPITAL, INC. | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHEM HEALTH PLANS, INC. d/b/a | : | |
| ANTHEM BLUE CROSS AND BLUE SHIELD | : | |
| _____ | : | |

**ORDER GRANTING LEAVE TO BRING
ELECTRONIC EQUIPMENT INTO COURTROOM FOR USE
DURING HEARINGS BEGINNING ON NOVEMBER 1, 2017**

It is hereby ORDERED that Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield's Motion for Leave to Bring Electronic Equipment into the Courtroom for Use during Hearings Beginning on November 1, 2017 is GRANTED.

Erik Bolte, Senior Client Technology Solutions Analyst for ReedSmith, LLP, may bring his laptop and other necessary electronic devices into the courtroom for use during trial starting on November 2, 2017. Mr. Bolte is also permitted access to the courtroom on November 1, 2017, from 4:30-5:00 p.m., in order to set up and check this equipment. In addition, the following out-of-state attorneys may bring their personal laptops and phones into the courtroom, beginning on November 1, 2017, for use during the Motion to Dismiss hearing and trial: Dan J. Hofmeister, Thomas C. Hardy, Kevin D. Tessier, and Douglass G. Hewitt.

No audio or video recording is permitted. All laptops must have "quiet" keyboards.

It is so ORDERED, this <u>31</u> day of October, 2017

                                                <u>/s/Janet C. Hall</u>
                                                JANET C. HALL
                                                UNITED STATES DISTRICT JUDGE